IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT BREEDLOVE,

      Plaintiff,                    No. CIV S-09-3477 KJM

   vs.

NAVIGATOR'S INSURANCE CO.,

      Defendant.                 <u>ORDER</u>

_____/

      The parties have filed a stipulation electing referral of this matter to the court's resolution program.  Accordingly, IT IS HEREBY ORDERED that this action is referred to the Voluntary Dispute Resolution Program ("VDRP").  The Clerk of Court is directed to serve a copy of this order on the court's VDRP coordinator.

DATED: January 22, 2010.

                                              U.S. MAGISTRATE JUDGE

006
breedlove.vdrp